LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Email: *Andrew.Gass@lw.com*
*Brittany.Lovejoy@lw.com*

*Attorneys for Defendant Suno, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ROUND HILL MUSIC LP; ROUND HILL MUSIC ROYALTY FUND II, LP; ROUND HILL MUSIC ROYALTY FUND III, LP; ROUND HILL MUSIC ROYALTY FUND III PLUS, LP; GFP CO-INVEST, LP; and RH CARLIN HOLDINGS LLC,

Plaintiffs,

v.

SUNO, INC.; BRIGHT DATA LTD.; and BRIGHT DATA, INC.,

Defendants.

Case Number: 3:26-cv-08507-RFL

District Judge Rita F. Lin

**DEFENDANT SUNO, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Suno, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 24, 2026

**LATHAM & WATKINS LLP**

By *____/s/ Andrew M. Gass_________________*

Andrew M. Gass (SBN 259694)
*Andrew.Gass@lw.com*
Brittany N. Lovejoy (SBN 286813)
*Brittany.Lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

*Attorneys for Defendant Suno, Inc.*