LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
Joseph R. Wetzel (SBN 238008)
Brittany N. Lovejoy (SBN 286813)
Robin L. Gushman (SBN 305048)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Email: *Andrew.Gass@lw.com*
*Joe.Wetzel@lw.com*
*Britt.Lovejoy@lw.com*
*Robin.Gushman@lw.com*

*Attorneys for Defendant Suno, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ROUND HILL MUSIC LP; ROUND HILL MUSIC ROYALTY FUND II, LP; ROUND HILL MUSIC ROYALTY FUND III, LP; ROUND HILL MUSIC ROYALTY FUND III PLUS, LP; GFP CO-INVEST, LP; and RH CARLIN HOLDINGS LLC,

Plaintiffs,

v.

SUNO, INC; BRIGHT DATA LTD.; and BRIGHT DATA, INC.,

Defendants.

CASE NO. 3:26-cv-08507-RFL

**[PROPOSED] ORDER RELATING CASES**

The Honorable Rita F. Lin

The Court, having considered the Joint Administrative Motion to Consider Whether Cases Should Be Related filed by Plaintiffs Round Hill Music LP, Round Hill Music Royalty Fund II, LP, Round Hill Music Royalty Fund III, LP, Round Hill Music Royalty Fund III Plus, LP, GFP Co-Invest, LP, and RH Carlin Holdings LLC, and Defendants Suno, Inc., Bright Data Ltd., and Bright Data, Inc., orders as follows:

IT IS HEREBY ORDERED that *Gerencia 360 Music, Inc. v. Suno, Inc.*, No. 3:26-cv-09248-CRB (N.D. Cal.), is deemed related to *Round Hill Music LP v. Suno, Inc.*, No. 3:26-cv-08507-RFL (N.D. Cal.); and

IT IS FURTHER ORDERED that *Gerencia 360 Music, Inc. v. Suno, Inc.*, No. 3:26-cv-09248-CRB (N.D. Cal.), is hereby reassigned to the undersigned for all purposes.

IT IS SO ORDERED.

Dated: ______________________

______________________________
THE HONORABLE RITA F. LIN
United States District Judge