LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
Joseph R. Wetzel (SBN 238008)
Brittany N. Lovejoy (SBN 286813)
Robin L. Gushman (SBN 305048)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Email: *Andrew.Gass@lw.com*
*Joe.Wetzel@lw.com*
*Britt.Lovejoy@lw.com*
*Robin.Gushman@lw.com*

*Attorneys for Defendant Suno, Inc.*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROUND HILL MUSIC LP; ROUND HILL MUSIC ROYALTY FUND II, LP; ROUND HILL MUSIC ROYALTY FUND III, LP; ROUND HILL MUSIC ROYALTY FUND III PLUS, LP; GFP CO-INVEST, LP; and RH CARLIN HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC; BRIGHT DATA LTD.; and BRIGHT DATA, INC.,<br><br>Defendants. | CASE NO. 3:26-cv-08507-RFL<br><br>**STIPULATION IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Honorable Rita F. Lin |

Plaintiffs Round Hill Music LP, Round Hill Music Royalty Fund II, LP, Round Hill Music Royalty Fund III, LP, Round Hill Music Royalty Fund III Plus, LP, GFP Co-Invest, LP, and RH Carlin Holdings LLC (collectively, "Round Hill"), Plaintiff in putatively related Case No. 3:26-cv-09248-CRB, Gerencia 360 Music, Inc. ("Gerencia" and together with "Round Hill," "Plaintiffs"), Defendant Suno, Inc. ("Suno"), and Defendants Bright Data Ltd., and Bright Data, Inc. (collectively, "Bright Data," and together with Plaintiffs and Suno, the "Parties"), by and through their respective undersigned counsel and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on August 17, 2026, Round Hill filed a complaint for direct copyright infringement, contributory copyright infringement, circumvention of technological protection measures under 17 U.S.C. § 1201(a), and removal or alteration of copyright management information ("CMI") under 17 U.S.C. § 1202 against Suno and Bright Data in the Northern District of California, Case No. 3:26-cv-08507-RFL (the "*Round Hill* Action");

WHEREAS, on August 31, 2026, Gerencia filed a complaint asserting direct copyright infringement, contributory copyright infringement, circumvention of technological protection measures under 17 U.S.C. § 1201(a), and removal or alteration of copyright management information ("CMI") under 17 U.S.C. § 1202 against the same Defendants in the Northern District of California, Case No. 3:26-cv-09248-CRB (the "*Gerencia* Action");

WHEREAS, both actions arise from alleged conduct of the same Defendants;

WHEREAS, the Parties agree that, pursuant to Civil Local Rule 3-12(a), the *Gerencia* Action and the *Round Hill* Action concern substantially the same parties, property, transaction, and/or events and that conducting these cases before different judges could result in an unduly burdensome duplication of labor and expense and a risk of conflicting results; therefore

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. *Gerencia 360 Music, Inc. v. Suno, Inc.*, No. 3:26-cv-09248-CRB (N.D. Cal.), is related to *Round Hill L.P. v. Suno, Inc.*, No. 3:26-cv-08507-RFL (N.D. Cal.), under Civil Local Rule 3-12(a); and

2. The *Gerencia* Action and its docket should be transferred and reassigned to the Honorable Rita F. Lin.

Dated: October 7, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Robin L. Gushman*

Andrew M. Gass (SBN 259694)
*Andrew.Gass@lw.com*
Joseph R. Wetzel (SBN 238008)
*Joe.Wetzel@lw.com*
Brittany N. Lovejoy (SBN 286813)
*Britt.Lovejoy@lw.com*
Robin L. Gushman (SBN 305048)
*Robin.Gushman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

*Attorneys for Defendant Suno, Inc.*

Dated: October 7, 2026

PROSKAUER ROSE LLP

By */s/ David A. Munkittrick*

Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
lsujeeth@rjo.com

*Attorneys for Defendants*
*Bright Data Ltd. and Bright Data, Inc.*

Dated: October 7, 2026

By */s/ Richard S. Busch*

Richard S. Busch (SBN 319881)
*richard.busch@arlaw.com*
Mark L. Block (SBN 115457)
*mark.block@arlaw.com*
Andrew H. "Drew" Davis (*pro hac vice*)
*drew.davis@arlaw.com*
David Niemierzycki (*pro hac vice*)
*david.niemierzycki@arlaw.com*
ADAMS & REESE, LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470

Jeffrey E. Faucette (SBN 193066)
*jeff@skaggsfaucette.com*
Martin R. Glick (SBN 40187)
*marty@skaggsfaucette.com*
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 874-3181
Fax: (888) 980-6547

*Attorneys for Plaintiffs Round Hill Music, LP, Round Hill Music Royalty Fund II, LP, Round Hill Music Royalty Fund III, LP, Round Hill Music Royalty Fund III Plus, LP, GFP Co-Invest, LP, and RH Carlin Holdings LLC, and Gerencia 360 Music, Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: October 7, 2026

*/s/ Robin L. Gushman*
Robin L. Gushman